No. 1161.   Times-Mirror Co. et al. *v.* National Labor Relations Board.

May 19, 1947.  *Per Curiam:* The petition for writ of certiorari is granted.   The judgment is vacated and the cause is remanded with directions to make findings of fact.   Cf. *Virginian R. Co.* v. *United States,* 272 U. S. 658, 675; Rule 52 of the Federal Rules of Civil Procedure. *Elisha Hanson, T. B. Cosgrove* and *John N. Cramer* for petitioners.  *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien* and *Ruth Weyand* for respondent.

No. 141, Misc.   Robinson *v.* Shelbourne, Judge. May 19, 1947.   Application denied.